```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28844
   SPENCER L BRYANT
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4567


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/28/05 .

     2.  The case was converted to Chapter 7 without confirmation, 02/15/2006.

------------------------------------------------------------------------
                                                    INTEREST      PRINCIPAL
CREDITOR NAME              CLASS       CLAIM AMOUNT   PAID          PAID
------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED      NOT FILED        .00          .00
CONSUMER FINANCIAL SERVI  SECURED      NOT FILED        .00          .00
NISSAN MOTOR ACCEPTANCE   SECURED      NOT FILED        .00          .00
INTERNAL REVENUE SERVICE  PRIORITY     NOT FILED        .00          .00
BANK OF AMERICA           UNSECURED    NOT FILED        .00          .00
CAPITAL ONE FINANCIAL     UNSECURED    NOT FILED        .00          .00
CAPITAL ONE FINANCIAL     UNSECURED    NOT FILED        .00          .00
CAPITAL ONE FINANCIAL     UNSECURED    NOT FILED        .00          .00
CITICORP SAVINGS          UNSECURED    NOT FILED        .00          .00
CITICORP SAVINGS          UNSECURED    NOT FILED        .00          .00
FIFTH THIRD BANK          UNSECURED    NOT FILED        .00          .00
FIRST MIDWEST BANK        UNSECURED    NOT FILED        .00          .00
US BANK                   UNSECURED    NOT FILED        .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED    OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00        .00        .00
PRINCIPAL PAID         .00        .00        .00        .00        .00
INTEREST PAID          .00        .00        .00        .00        .00
TOTAL PAID             .00        .00        .00        .00        .00
The Debtor's attorney, LEGAL HELPERS PC            , was allowed $    .00
and was paid $     .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 06/01/06                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

```
                        PAGE  2
    CASE NO. 05 B 28844 SPENCER L BRYANT
```